IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHUSEN LU,

        Plaintiff,

v.

CHINA BOWL, et al.,

        Defendants.
_____/

No. CV-07-4979 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED. With respect to China Bowl, Quan He Han, and Ning Xi Jian, such dismissal is without prejudice to plaintiff's refiling his claims in an appropriate venue.

Dated: December 7, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk